*In re* **HILLIS**, Paul Henry Jr. (MR 21781)
Centralia, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Paul Henry Hillis, Jr. is suspended from the practice of law for one year and until further order of the Court.

Karmeier, J., took no part.

*In re* **HIRSCHTICK**, Michael John (MR 21668)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed. Respondent Michael John Hirschtick is disbarred and ordered to make restitution in the amount of $83,036.61 to Demetrius Drouzas.